# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | |
|---|---|
| **AML IP, LLC,**<br>    Plaintiff, | Civil Action No. 6:23-cv-00026-AM |
| v. | |
| **COSTCO WHOLESALE CORPORATION,**<br>    Defendant | JURY TRIAL DEMANDED |

## JOINT STIPULATION OF DISMISSAL

Pursuant to Federal Rule 41 (a)(1)(A)(ii), the Plaintiff, AML IP, LLC, and Defendant, Costco Wholesale Corporation, hereby jointly stipulate the dismissal of this action for all of Plaintiff's claims and Defendant's counterclaims.  The Parties further jointly stipulate and agree that the dismissal of Plaintiff's claims shall be WITH PREJUDICE as to the asserted patent, and the dismissal of Defendant's counterclaims shall be WITHOUT PREJUDICE.  The Parties further jointly stipulate and agree that each party shall bear its own costs, expenses and attorneys' fees.

 Dated:  August 15, 2024

                                               Respectfully submitted,

                                               */s/ William P. Ramey, III*

                                               William P. Ramey, III
                                               Texas Bar No. 24027643
                                               **Ramey LLP**
                                               5020 Montrose Blvd., Suite 800
                                               Houston, Texas 77006
                                               (713) 426-3923
                                               wramey@rameyfirm.com

                                               ***Attorneys for AML IP, LLC***

*/s/ Lance E. Wyatt*
Neil J. McNabnay
Texas Bar No. 24002583
mcnabnay@fr.com
David Conrad
Texas Bar No. 24049042
conrad@fr.com
Lance E. Wyatt
Texas Bar No. 24093397
wyatt@fr.com
Noel Chakkalakal
Texas Bar No. 24053676
chakkalakal@fr.com

FISH & RICHARDSON P.C.
1717 Main Street, Suite 5000
Dallas, Texas 75201
(214) 747-5070 (Telephone)
(214) 747-2091 (Facsimile)

**Counsel for Defendant Costco Wholesale Corporation**

### CERTIFICATE OF SERVICE

The undersigned hereby certifies that August 15, 2024, the foregoing document was served on all counsel of record who have consented to electronic service via the Court's CM/ECF system.

*/s/ William P. Ramey, III*
William P. Ramey, III